**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO.: 3:11-MJ-203-DCK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT ROSELLI, | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the letter to the undersigned from Deke Falls, counsel for the Defendant, dated May 31, 2011 (Document No. 9). The letter is in essence a Motion to Cancel Deed of Trust related to a secured bond in the above-referenced matter, and it will be treated as such. For the reasons stated in Defendant's Motion, and based upon the totality of the circumstances presented, including the Government's consent to the relief requested, the Court will grant the motion.

In short, the undersigned conducted both an initial appearance and a detention hearing for this Defendant in this district pertaining to charges arising in the United States District Court for the Southern District of New York. Following his detention hearing, at which he was represented locally by Mr. Falls, the Defendant was released on an appearance bond secured by his home, which is located at 212 Red Twig Court, Waxhaw, North Carolina 28173. In addition to setting the secured bond, the Court entered an order requiring Mr. Roselli to appear in the Southern District of New York as directed.

According to the Defendant's motion, the Defendant was arraigned on his bill of indictment on May 19, 2011 before United States District Judge Miriam Goldman Cedarbaum. Among other things, Judge Cedarbaum ordered the Defendant's release on strict pretrial supervision and a $2.2 million personal recognizance bond, secured by the signatures of his two sisters and mother, as well

as by the posting of six properties, one of which is the aforementioned home in Waxhaw, North Carolina.

The Defendant's motion essentially seeks to cancel the May 9 Deed of Trust regarding the Waxhaw, North Carolina home executed in this district in order to effectuate Judge Cedarbaum's Order in the Southern District of New York. The Defendant indicates in his motion that the assigned Assistant U.S. Attorney in the Southern District of New York, Brian Blais, has informed counsel for the Defendant in New York that the Government consents to this request.

**IT IS THEREFORE ORDERED**, consistent with the foregoing, that the Clerk for the United States District Court for the Western District of North Carolina, Frank G. Johns, effectuate the cancellation of the Deed of Trust for which he is beneficiary for the property located at 212 Red Twig Court, Waxhaw, North Carolina 28173.

**IT IS FURTHER ORDERED** that Mr. Johns take whatever further official action he deems appropriate to effectuate Judge Cedarbaum's Order in the Southern District of New York.

**SO ORDERED**.

Signed: June 7, 2011

David C. Keesler
United States Magistrate Judge