IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-MJ-203

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ROBERT ROSELLI, | ) | |
| Defendant.. | ) | |

**THIS MATTER** comes before the Clerk per Order of Magistrate Judge David C. Keesler signed June 7, 2011, directing the Clerk to effectuate the cancellation of the Deed of Trust.

Accordingly, consistent with the Order of this court of June 7, 2011, the property located at 212 Red Twig Court, Washaw, North Carolina, 28173 is hereby released as surety in the above caption case and the Deed of Trust is satisfied this 13th day of June, 2011.

**IT IS FURTHER ORDERED** that a copy of this order be provided to the Clerk for the United States District Court for the Southern District of New York and Assistant U.S. Attorney Brian Bliss in said district of New York.

Signed: June 13, 2011

Frank G. Johns, Clerk
United States District Court